UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG LAMONT RUCKER,
Inmate No. X13105,
    Plaintiff,

vs.                                  Case No.: 3:19cv3514/RV/EMT

SERGEANT DAVIDSON,
    Defendant.
_____/

**ORDER**

The chief magistrate judge issued a Report and Recommendation on September 8, 2020 (ECF No. 26). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 26) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The defendant's motion for extension of time to complete discovery (doc. 29) is **DENIED,** as moot.

3. The clerk of court shall enter judgment accordingly and close this case.

**DONE AND ORDERED** this 6th day of November, 2020.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**